SLIP OPINION  Cite as 2014 Ark. 464

# SUPREME COURT OF ARKANSAS

No. CV–14–901

| | | |
|---|---|---|
| JONATHAN LIVELY | | **Opinion Delivered** November 6, 2014 |
| | APPELLANT | |
| V. | | MOTION TO FILE BELATED NOTICE OF APPEAL |
| ARKANSAS DEPARTMENT OF HUMAN SERVICES | | GRANTED. |
| | APPELLEE | |

**PER CURIAM**

Appellant Jonathan Lively, by and through his attorney, Adell Ralston, has filed a motion to file a belated notice of appeal. An order terminating Lively's parental rights was entered on July 11, 2014. Pursuant to Arkansas Supreme Court Rule 6–9(b)(1) (2012), Lively's notice of appeal was required to be filed no later than August 1, 2014. An amended notice of appeal and designation of record was filed on August 25, 2014.

Where an attorney candidly admits fault, we will grant the motion for belated appeal, and a copy of the opinion will be forwarded to the Committee on Professional Conduct. *Mann v. Arkansas Dep't of Human Servs.*, 2012 Ark. 96 (per curiam). Attorney Ralston admits that due to her lack of diligence, the notice of appeal was not timely filed. Accordingly, we grant the motion to file a belated notice of appeal and forward a copy of this opinion to the Committee.

Motion to file belated appeal granted.
*Adell Ralston*, pro se appellant.
No response.